JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANKIE SMITH, | ) | Case No. LA CV 16-4223 SVW (JCG) |
|           Petitioner, | ) ) | **JUDGMENT** |
|     v. | ) ) | |
| WARDEN, | ) ) | |
|           Respondent. | ) ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

DATED: June 27, 2016

                                                    HON. STEPHEN V. WILSON
                                                 UNITED STATES DISTRICT JUDGE